# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI WALTER WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RALPH DIAZ, Acting Secretary,<br><br>　　　　Respondent. | Case No. 1:18-cv-01362-JLT (HC)<br><br>ORDER GRANTING MOTION TO AMEND TO NAME A PROPER RESPONDENT [Doc. No. 8]<br><br>ORDER SUBSTITUTING RALPH DIAZ AS RESPONDENT IN THIS MATTER |

On October 2, 2018, Petitioner filed a federal petition for writ of habeas corpus. He did not name a respondent. On October 5, 2018, the Court advised Petitioner that he had failed to name a proper respondent. Petitioner was granted leave to file a motion to amend to name a proper respondent.

On October 17, 2018, Petitioner filed a motion to amend the petition to name Scott Kernan as Respondent in this matter. Scott Kernan was Secretary of the California Department of Corrections and Rehabilitation ("CDCR") until his retirement on August 31, 2018. See CDCR News, CDCR Secretary Scott Kernan Retiring, New Leadership Team Announced, https://news.cdcr.ca.gov/news-releases/2018/08/14/cdcr-secretary-scott-kernan-retiring-new-leadership-team-announced/Scott Kernan (last visited October 18, 2018). Kernan would have been a proper respondent until his retirement since he was in charge of the CDCR and had "control over" the institution which had "day-to-day control over" petitioner. Brittingham v.

1

United States, 982 F.2d 378, 379 (9th Cir. 1992). On September 1, 2018, Ralph Diaz was appointed Acting Secretary. See California Department of Corrections and Rehabilitation, About CDCR, https://www.cdcr.ca.gov/About_CDCR/Secretary.html (last visited October 18, 2018). Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ralph Diaz will be substituted in place of Scott Kernan.

**ORDER**

Accordingly, Petitioner's motion to amend and name a proper respondent is GRANTED. Ralph Diaz, Acting Secretary, is hereby SUBSTITUTED as Respondent in this matter.

IT IS SO ORDERED.

Dated: **October 18, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE