UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI WALTER WILLIAMS,<br><br>          Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>          Respondent. | Case No.: 1:18-cv-01362-JLT (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(Doc. 9) |

On October 17, 2018, the petitioner filed an application to proceed in forma pauperis. Because the Court authorized the petitioner to proceed in forma pauperis on October 3, 2018, petitioner's new application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

   Dated: __**October 22, 2018**__                      ___**/s/ Jennifer L. Thurston**___
                                                                             UNITED STATES MAGISTRATE JUDGE