# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI WALTER WILLIAMS, | Case No.: 1:18-cv-01362-AWI-JLT (HC) |
| Petitioner, | ORDER DENYING MOTION TO ADOPT PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| RALPH DIAZ, Acting Secretary, | [Doc. 26] |
| Respondent. | |

On June 10, 2019, Petitioner filed a motion stating the Respondent has not filed a response within the 60-day deadline and requesting the Court to adopt the recommendations of Petitioner's Writ of Habeas Corpus. However, on June 7, 2019, the Court granted Respondent a 30-day extension of time to file a response. (Doc. 24.) Additionally, the Findings and Recommendation denying Respondent's Motion to Dismiss was adopted by the Court on April 2, 2019. (Doc. 21.) The Court will review the Petition for Writ of Habeas Corpus once all briefing is concluded. For the foregoing reasons, Petitioner's motion is **DENIED**.

IT IS SO ORDERED.

Dated: __June 12, 2019__                 __/s/ Jennifer L. Thurston__
                                          UNITED STATES MAGISTRATE JUDGE